Kerry S. Doyle
Cal. Bar No. 268440
Doyle Law Office, PLLC
8755 Technology Way, Ste. I
Reno, NV 89521
Tel.: (775) 525-0889
Fax: (775) 229-4443
kerry@rdoylelaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL GUIRGUIS,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>FIDELITY CREDITOR SERVICES INC., LOYD D. DIX, Esq., and DIX & ASSOCIATES APLC,<br><br>          Defendants. | **Case No.: 8:15-cv-1918**<br><br>**VOLUNTARY DISMISSAL** |

COMES NOW Plaintiff DANIEL GUIRGUIS, by and through his attorney of record, seeking dismissal WITHOUT prejudice against FIDELITY CREDITOR SERVICES INC., LOYD D. DIX, Esq., and DIX & ASSOCIATES APLC. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action without prejudice.

Dated: August 1, 2016                                              RESPECTFULLY SUBMITTED,

<u>/s Kerry Doyle, Esq.</u>
Doyle Law Office, PLLC
8755 Technology Way, Suite I
Reno, Nevada 89521
(P) (775) 525-0889
(F) (775) 229-4443
kerry@rdoylelaw.com
Attorney for Plaintiff